Same case below, 579 F.3d 845.

**No. 09-8506. Thomas Johnson, Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3385, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4610.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 468.

**No. 09-8579. William Calderon Jauregui, Petitioner v. Kevin Kutina.**

560 U.S. 954, 130 S. Ct. 3385, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4650.

June 7, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-8988. Tyrone Vaughn, Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3385, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4584.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 585 F.3d 1024.

**No. 09-9181. Raymond Shoemake, Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3386, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4594.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9396. Dan L. Moore, Petitioner v. Connecticut.**

560 U.S. 954, 130 S. Ct. 3386, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4570.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 293 Conn. 781, 981 A.2d 1030.

**No. 09-9629. John M. Kelly, Petitioner v. Moser, Patterson and Sheridan, LLP, et al.**

560 U.S. 954, 130 S. Ct. 3386, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4704.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 348 Fed. Appx. 746.

**No. 09-9881. Raymond L. Semler, Petitioner v. Erick Klang, et al.**

560 U.S. 954, 130 S. Ct. 3393, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4680,

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.